UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

South Carolina Public Service Authority,

                                      Petitioner,

v.                                                                        No. 12-1232

Federal Energy Regulatory Commission,

                                      Respondent.

Consolidated with 12-1233, 12-1250, 12-1276,
12-1279,12-1280, 12-1285, 12-1290, 12-1292,
12-1293, 12-1296, 12-1299, 12-1300, 12-1304

## Notice of Substitution of Counsel for the
## National Rural Electric Cooperative Association

Please enter the appearance of the undersigned, Randolph Lee Elliott, as counsel of record for the National Rural Electric Cooperative Association, the Petitioner in No. 12-1280 and a Respondent-Intervenor in the remaining consolidated cases, in substitution for Adrienne E. Clair, Harvey L. Reiter, Jonathan D. Schneider, and Jonathan P. Trotta, from the law firm Stinson Morrison Hecker LLP, in Washington D.C.

Note that (1) Ms. Clair and Messrs. Reiter, Schneider, and Trotta will remain counsel of record for all other parties in these consolidated cases for which they

have appeared, and (2) Mr. Elliott will remain counsel of record for the American Public Power Association in these consolidated cases.

                                  Respectfully submitted,

                                  /s/ Randolph Lee Elliott
                                Randolph Lee Elliott
                                Miller, Balis & O'Neil, P.C.
                                1015 Fifteenth Street, N.W., Suite 1200
                                Washington, D.C.  20005-2607
                                (202) 296-2960
                                (202) 296-0166 (fax)
                                relliott@mbolaw.com


                                Counsel for National Rural Electric
                                Cooperative Association

September 24, 2012

# CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d), Circuit Rule 25(c), and the Administrative Order Regarding Electronic Case Filing (May 15, 2009), I certify that on this date the foregoing documents were served on all parties or their counsel of record through the CM/ECF system if they are registered CM/ECF users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jennifer Shepherd Amerkhail                    CM/ECF System
Federal Energy Regulatory Commission
(FERC) Office of the Solicitor
888 First Street, NE
Washington, DC 20426
Email: jennifer.amerkhail@ferc.gov

Gary D. Bachman                                CM/ECF System
Van Ness Feldman, PC
1050 Thomas Jefferson Street, NW
7th Floor
Washington, DC 20007-3877
Email: gdb@vnf.com

Sean Thomas Beeny                              CM/ECF System
Miller, Balis & O'Neil, PC
1015 15th Street, NW
12th Floor
Washington, DC 20005-2605
Email: sbeeny@mbolaw.com

David S. Berman                                CM/ECF System
Wright & Talisman, PC
1200 G Street, NW
Suite 600
Washington, DC 20005-1200
Email: berman@wrightlaw.com

3

| | |
|---|---|
| Matthew Joseph Binette<br>Wright & Talisman, PC<br>1200 G Street, NW<br>Suite 600<br>Washington, DC 20005-1200<br>Email: binette@wrightlaw.com | CM/ECF System |
| Cynthia Schneider Bogorad<br>Spiegel & McDiarmid LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Email: cynthia.bogorad@spiegelmcd.com | CM/ECF System |
| Jennifer Leigh Flint Brough<br>Locke Lord LLP<br>701 8th Street, NW<br>Suite 700<br>Washington, DC 20001<br>Email: jbrough@lockelord.com | CM/ECF System |
| Adrienne Elizabeth Clair<br>Stinson Morrison Hecker LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006<br>Email: aclair@stinson.com | U.S. Mail |
| Roger Edward Collanton<br>California Independent System Operator Corporation<br>250 Outcropping Way<br>Folsom, CA 95630<br>Email: rcollanton@caiso.com | CM/ECF System |
| Abigail Margaret Dillen<br>Earthjustice<br>156 William Street<br>Suite 800<br>New York, NY 10038<br>Email: adillen@earthjustice.org | CM/ECF System |

| | |
|---|---|
| Jeanne Jackson Dworetzky<br>Exelon Corporation<br>101 Constitution Avenue, NW<br>Suite 400 East<br>Washington, DC 20001<br>Email: jeanne.dworetzky@exeloncorp.com | CM/ECF System |
| N. Beth Emery<br>Husch Blackwell, LLP<br>755 East Mulberry Street<br>Suite 200<br>San Antonio, TX 78212<br>Email: beth.emery@huschblackwell.com | CM/ECF System |
| Elias G. Farrah<br>Winston & Strawn LLP<br>1700 K Street, NW<br>Washington, DC 20006-3817<br>Email: efarrah@winston.com | CM/ECF System |
| Daniel Edward Frank<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415<br>Email: daniel.frank@sutherland.com | CM/ECF System |
| John A. Garner<br>Alabama Public Service Commission<br>Suite 836<br>100 North Union Street<br>Montgomery, AL 36104<br>Email: eileen.lawrence@psc.alabama.gov | CM/ECF System |
| Lisa S Gast<br>Duncan, Weinberg, Genzer & Pembroke, PC<br>Suite 800<br>1615 M Street, NW<br>Suite 800<br>Washington, DC 20036-3203<br>Email: lsg@dwgp.com | CM/ECF System |

Bruce Allen Grabow                                              CM/ECF System
Locke Lord LLP
701 8th Street, NW
Suite 700
Washington, DC 20001
Email: bgrabow@lockelord.com

Eugene Grace                                                    CM/ECF System
American Wind Energy Association
1501 M Street, NW
Washingtion, DC 20005
Email: ggrace@awea.org

Randall Verne Griffin                                           CM/ECF System
Dayton Power and Light Company
PO Box 8825
Dayton, OH 45401-0000
Email: randall.griffin@aes.com

Scott Borden Grover                                             CM/ECF System
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642
Email: sgrover@balch.com

Gary Edward Guy                                                 CM/ECF System
Baltimore Gas and Electric Company
110 West Fayette Street
2 Center Plaza, 13th Floor
Baltimore, MD 21201-0000
Email: gary.e.guy@bge.com

Ed R. Haden                                                     CM/ECF System
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642
Email: ehaden@balch.com

William S. Huang                                                CM/ECF System
Spiegel & McDiarmid LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Email: william.huang@spiegelmcd.com

| | |
|---|---|
| Kenneth G. Jaffe<br>Alston & Bird LLP<br>950 F Street, NW<br>The Atlantic Building, 7th Floor<br>Washington, DC 20004-1404<br>Email: kenneth.jaffe@alston.com | CM/ECF System |
| Andrew Mark Jamieson<br>ITC Holdings Corporation<br>27175 Energy Way<br>Novi, MI 48377<br>Email: ajamieson@itctransco.com | CM/ECF System |
| Donald Gene Kari<br>Perkins Coie LLP<br>10885 NE Fourth Street<br>The PSE Building, Suite 700<br>Bellevue, WA 98004-5579<br>Email: DKari@perkinscoie.com | CM/ECF System |
| Susan Noel Kelly<br>American Public Power Association<br>1875 Connecticut Avenue, NW<br>Suite 1200<br>Washington, DC 20009-5715<br>Email: skelly@publicpower.org | CM/ECF System |
| Phyllis G. Kimmel<br>Miller, Balis & O'Neil, PC<br>1015 15th Street, NW<br>12th Floor<br>Washington, DC 20005-2605<br>Email: pkimmel@mbolaw.com | CM/ECF System |
| Clare E. Kindall<br>Office of the Attorney General, State of Connecticut<br>10 Franklin Square<br>New Britain, CT 06051<br>Email: Clare.Kindall@ct.gov | CM/ECF System |
| Stephen Gerard Kozey<br>Midwest Independent Transmission System<br>Operator, Inc.<br>720 City Center Drive<br>Carmel, IN 46032<br>Email: stevekozey@misoenergy.org | CM/ECF System |

| | |
|---|---|
| Dennis Lane<br>Stinson Morrison Hecker LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006<br>Email: dlane@stinson.com | CM/ECF System |
| Lyle David Larson<br>Balch & Bingham LLP<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, AL 35203-4642 | U.S. Mail |
| Neil Lawrence Levy<br>King & Spalding, LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006-4706<br>Email: nlevy@kslaw.com | U.S. Mail |
| Tamara L. Linde<br>PSEG Services Corporation<br>80 Park Plaza, T5G<br>Newark, NJ 07102-4194<br>Email: Tamara.Linde@PSEG.com | CM/ECF System |
| Frank Rich Lindh<br>California Public Utilities Commission<br>Room 5138<br>505 Van Ness Avenue<br>San Francisco, CA 94941<br>Email: frl@cpuc.ca.gov | U.S. Mail |
| Benjamin Hoyt Longstreth<br>Natural Resources Defense Council<br>1152 15th Street, NW<br>Suite 300<br>Washington, DC 20005<br>Email: blongstreth@nrdc.org | CM/ECF System |
| Daniel M. Malabonga<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>Email: dmmalabonga@venable.com | CM/ECF System |

| | |
|---|---|
| Cynthia Ann Marlette<br>Patton Boggs, LLP<br>2550 M Street, NW<br>Washington, DC 20037-1350 | U.S. Mail |
| John D. McGrane<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Email: jmcgrane@morganlewis.com | CM/ECF System |
| Cynthia Brown Miller<br>Florida Public Service Commission<br>2540 Shumard Oak Boulevard<br>Tallahassee, FL 32399-0851<br>Email: cmiller@psc.state.fl.us | CM/ECF System |
| Bhaveeta K Mody<br>Duncan, Weinberg, Genzer & Pembroke, PC<br>1615 M Street, NW<br>Suite 800<br>Washington, DC 20036-3203<br>Email: bkm@dwgp.com | CM/ECF System |
| James W. Moeller<br>Stuntz, Davis & Staffier, PC<br>555 Twelfth Street, NW<br>Suite 630<br>Washington, DC 20004-0000<br>Email: jwmoeller@sdsatty.com | CM/ECF System |
| George Scott Morris<br>Alabama Public Service Commission<br>Suite 836<br>100 North Union Street<br>Montgomery, AL 36104<br>Email: scott.morris@psc.alabama.gov | CM/ECF System |
| Harvey Y. Morris<br>California Public Utilities Commission<br>Room 5138<br>505 Van Ness Avenue<br>San Francisco, CA 94941<br>Email: hym@cpuc.ca.gov | CM/ECF System |

| | |
|---|---|
| Jodi L. Moskowitz<br>PSEG Services Corporation<br>80 Park Plaza, T5G<br>Newark, NJ 07102-4194<br>Email: Jodi.Moskowitz@PSEG.com | CM/ECF System |
| Sean Neal<br>Duncan, Weinberg, Genzer & Pembroke, PC<br>915 L Street<br>Suite 1410<br>Sacramento, CA 95814<br>Email: smn@dwgp.com | CM/ECF System |
| Glen L. Ortman<br>Stinson Morrison Hecker LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006 | U.S. Mail |
| Beth Guralnick Pacella<br>Federal Energy Regulatory Commission<br>(FERC) Office of the Solicitor<br>Room 91-05<br>888 First Street, NE<br>Washington, DC 20426<br>Email: beth.pacella@ferc.gov | CM/ECF System |
| Randall Bruce Palmer<br>Allegheny Energy, Inc.<br>800 Cabin Hill Drive<br>Greensburg, PA 15601-0000<br>Email: rpalmer@firstenergycorp.com | U.S. Mail |
| Ashley Charles Parrish<br>King & Spalding, LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006-4706<br>Email: aparrish@kslaw.com | CM/ECF System |
| Michael Postar<br>Duncan, Weinberg, Genzer & Pembroke, PC<br>1615 M Street, NW<br>Suite 800<br>Washington, DC 20036-3203<br>Email: mrp@dwgp.com | CM/ECF System |

| | |
|---|---|
| Markham Allen Quehrn<br>Perkins Coie LLP<br>10885 NE Fourth Street<br>The PSE Building, Suite 700<br>Bellevue, WA 98004-5579<br>Email: mquehrn@perkinscoie.com | U.S. Mail |
| Wendy Nuckols Reed<br>Wright & Talisman, PC<br>1200 G Street, NW<br>Suite 600<br>Washington, DC 20005-1200<br>Email: reed@wrightlaw.com | CM/ECF System |
| Harvey L. Reiter<br>Stinson Morrison Hecker LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006<br>Email: hreiter@stinson.com | CM/ECF System |
| Matthew Richard Rudolphi<br>Duncan, Weinberg, Genzer & Pembroke, PC<br>1615 M Street, NW<br>Suite 800<br>Washington, DC 20036-0000<br>Email: mrr@dwgp.com | CM/ECF System |
| Nancy J. Saracino<br>California Independent System Operator Corporation<br>250 Outcropping Way<br>Folsom, CA 95630<br>Email: nsaracino@caiso.com | CM/ECF System |
| Peter J Scanlon<br>Duncan, Weinberg, Genzer & Pembroke, PC<br>1615 M Street, NW<br>Suite 800<br>Washington, DC 20036-0000<br>Email: PJS@DWGP.COM | CM/ECF System |

| | |
|---|---|
| Jonathan D. Schneider<br>Stinson Morrison Hecker LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006<br>Email: JSchneider@stinson.com | CM/ECF System |
| Jack Nadim Semrani<br>Ballard Spahr LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006-1157<br>Email: semranij@ballardspahr.com | CM/ECF System |
| Howard Haswell Shafferman<br>Ballard Spahr LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006-1157<br>Email: hhs@ballardspahr.com | CM/ECF System |
| John L Shepherd Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>Email: John.Shepherd@skadden.com | CM/ECF System |
| Sue Deliane Sheridan<br>Sheridan Energy & Environmental Consulting, LLC<br>1050 Thomas Jefferson Street, NW<br>Suite 700<br>Washington, DC 20007<br>Email: suedsheridan@yahoo.com | CM/ECF System |
| Daniel Shonkwiler<br>California Independent System Operator Corporation<br>250 Outcropping Way<br>Folsom, CA 95630<br>Email: dshonkwiler@caiso.com | CM/ECF System |
| Daniel Hershey Silverman<br>Spiegel & McDiarmid LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Email: daniel.silverman@spiegelmcd.com | CM/ECF System |

12

| | |
|---|---|
| Robert Harris Solomon<br>Federal Energy Regulatory Commission<br>(FERC) Office of the Solicitor<br>Room 9A-01<br>888 First Street, NE<br>Washington, DC 20426<br>Email: robert.solomon@ferc.gov | CM/ECF System |
| Barry Stewart Spector<br>Wright & Talisman, PC<br>1200 G Street, NW<br>Suite 600<br>Washington, DC 20005-1200<br>Email: spector@wrightlaw.com | CM/ECF System |
| Stephen Matthew Spina<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Email: sspina@morganlewis.com | CM/ECF System |
| Linda G. Stuntz<br>Stuntz, Davis & Staffier, PC<br>555 Twelfth Street, NW<br>Suite 630<br>Washington, DC 20004-0000<br>Email: lstuntz@sdsatty.com | CM/ECF System |
| David G. Tewksbury<br>King & Spalding, LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006-4706<br>Email: dtewksbury@kslaw.com | CM/ECF System |
| Jonathan Peter Trotta<br>Stinson Morrison Hecker LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006<br>Email: jtrotta@stinson.com | CM/ECF System |

| | |
|---|---|
| Andrew W. Tunnell<br>Balch & Bingham LLP<br>1710 Sixth Avenue North<br>Birmignham, AL 35203<br>Email: atunnell@balch.com | CM/ECF System |
| Caroline Vachier<br>Office of the Attorney General, State of New Jersey<br>Dept. of Law & Public Safety<br>124 Halsey Street<br>PO Box 45029<br>Newark, NJ 07101<br>Email: caroline.vachier@lps.state.nj.us | CM/ECF System |
| Michael E. Ward<br>Alston & Bird LLP<br>950 F Street, NW<br>The Atlantic Building, 7th Floor<br>Washington, DC 20004-1404<br>Email: michael.ward@alston.com | CM/ECF System |
| Marie Denyse Zosa<br>Stinson Morrison Hecker LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006<br>Email: dzosa@stinson.com | CM/ECF System |

Dated:  September 24, 2012         /s/   Randolph Lee Elliott
                                   Randolph Lee Elliott
                                   Miller, Balis & O'Neil, P.C.
                                   1015 Fifteenth Street, N.W., Suite 1200
                                   Washington, DC 20005-2605
                                   202-296-2960
                                   202-296-0166 (fax)
                                   relliott@mbolaw.com