IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Oklahoma Gas and Electric Company ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 12-1478 |
| v. ) | |
| ) | |
| Federal Energy Regulatory Commission ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES
OF
OKLAHOMA GAS AND ELECTRIC COMPANY**

Pursuant to the Court's Order of December 20, 2012 and Circuit Rules 15(c)(3) and 28(a)(1), Oklahoma Gas and Electric Company ("OG&E") hereby submits its Certificate as to Parties, Rulings, and Related Cases.

**I.      Parties and Amici**

The Petitioner is Oklahoma Gas and Electric Company. The Respondent is the Federal Energy Regulatory Commission ("FERC"). The following are parties to petitions before this court seeking review of FERC orders in the same underlying proceeding.

Petitioners:    South Carolina Public Service Authority
Coalition for Fair Transmission Policy
Public Service Enterprise Group, Inc.
Public Service Electric and Gas Company
PSEG Power LLC
PSEG Energy Resources & Trade LLC
Sacramento Municipal Utility District
Edison Electric Institute
National Rural Electric Cooperative Association
American Transmission Systems Incorporated
Cleveland Electric Illuminating Company

|  |  |
|---|---|
|  | FirstEnergy Solutions Corp.<br>Jersey Central Power & Light Company<br>Metropolitan Edison Company<br>Monongahela Power Company<br>Ohio Edison Company<br>Pennsylvania Electric Company<br>Pennsylvania Power Company<br>The Potomac Edison Company<br>Toledo Edison Company<br>Trans-Allegheny Interstate Line Company<br>West Penn Power Company<br>Midwest ISO Transmission Owners<br>Large Public Power Council<br>New York Independent System Operator, Inc.<br>Transmission Access Policy Study Group<br>American Public Power Association<br>Alabama Public Service Commission<br>Southern Company Services, Inc.<br>International Transmission Company<br>Michigan Electric Transmission Company, LLC<br>ITC Midwest LLC<br>ITC Great Plains, LLC |
| Respondent: | Federal Energy Regulatory Commission |
| Intervenors: | Alabama Public Service Commission<br>Edison Electric Institute<br>Coalition for Fair Transmission Policy<br>Southern Company Services, Inc.<br>Midwest Independent Transmission System Operator, Inc.<br>E.ON Climate & Renewables North America, LLC<br>Alabama Public Service Commission<br>Central Hudson Gas & Electric Corporation<br>Consolidated Edison Company of New York, Inc.<br>Long Island Power Authority<br>New York Power Authority<br>New York State Electric & Gas Corporation<br>Niagara Mohawk Power Corporation, d/b/a National Grid<br>Orange and Rockland Utilities, Inc.<br>Rochester Gas and Electric Corporation<br>City of Santa Clara, California<br>M-S-R Public Power Agency<br>Transmission Agency of Northern California<br>Puget Sound Energy, Inc.<br>South Carolina Public Service Authority<br>Transmission Access Policy Study Group |

Public Utilities Commission of the State of California
Connecticut Public Utilities Regulatory Authority
Florida Public Service Commission
Exelon Corporation
Large Public Power Council
Mid-Kansas Electric Company, LLC
Modesto Irrigation District
National Rural Electric Cooperative Association
New Jersey Board of Public Utilities
Avista Corporation
Southwest Power Pool, Inc.
Old Dominion Electric Cooperative
PSEG Energy Resources & Trade LLC
PSEG Power LLC
Transmission Dependent Utility Systems
Public Service Electric and Gas Company
Western Farmers Electric Cooperative
Public Service Enterprise Group, Inc.
Sacramento Municipal Utility District
American Wind Energy Association
Sunflower Electric Power Corporation
Conservation Law Foundation
Natural Resources Defense Council
Dayton Power and Light Company
Puget Sound Energy, Inc.
Environmental Defense Fund
ITC Great Plains, LLC
ITC Midwest LLC
International Transmission Company
LS Power Transmission, LLC
LSP Transmission Holdings, LLC
Michigan Electric Transmission Company, LLC
Union of Concerned Scientists
PPL Electric Utilities Corporation
PPL EnergyPlus, LLC
PPL Brunner Island, LLC
PPL Holtwood, LLC
PPL Martins Creek, LLC
PPL Montour, LLC
PPL Susquehanna, LLC
Lower Mount Bethel Energy, LLC
PPL New Jersey Solar, LLC
PPL New Jersey Biogas, LLC
PPL Renewable Energy, LLC

II.     **Rulings Under Review**

1) *Transmission Planning and Cost Allocation by Transmission Owning and Operating Public Utilities*, Order No. 1000, 76 Fed. Reg. 49,842 (Aug. 11, 2011), FERC Stats. & Regs. ¶ 31,323 (2011);

2) *Transmission Planning and Cost Allocation by Transmission Owning and Operating Public Utilities*, Order No. 1000-A, 77 Fed. Reg. 32,184 (May 31, 2012), 139 FERC ¶ 61,132 (2012); and

3) *Transmission Planning and Cost Allocation by Transmission Owning and Operating Public Utilities*, Order No. 1000-B, 77 Fed. Reg. 64,890 (Oct. 24, 2012), 141 FERC ¶ 61,044 (2012).

III.    **Related Cases**

This case has not previously been before any court. Currently pending before this court are consolidated cases seeking review of two of the orders from the underlying proceeding.

    South Carolina Public Service Authority v. FERC, 12-1232 (D.C. Cir.)
    Coalition for Fair Transmission Policy v. FERC, 12-1233 (D.C. Cir.)
    Public Service Enterprise Group, Inc. v. FERC, 12-1250 (D.C. Cir.)
    Sacramento Municipal Utility District v. FERC, 12-1276 (D.C. Cir.)
    Edison Electric Institute v. FERC, 12-1279 (D.C. Cir.)
    National Rural Electric Cooperative Association v. FERC, 12-1280 (D.C. Cir.)
    American Transmission Systems Incorporated v. FERC, 12-1285 (D.C. Cir.)
    Large Public Power Council v. FERC, 12-1292 (D.C. Cir.)
    New York Independent System Operator, Inc. v. FERC, 12-1293 (D.C. Cir.)
    American Public Power Association v. FERC, 12-1296 (D.C. Cir.)
    Alabama Public Service Commission v. FERC, 12-1299 (D.C. Cir.)
    Southern Company Services, Inc. v. FERC, 12-1300 (D.C. Cir.)
    International Transmission Company v. FERC, 12-1304 (D.C. Cir.)
    Midwest ISO Transmission Owners v. FERC, 12-1448 (D.C. Cir.)

                    Respectfully submitted,

                    OKLAHOMA GAS AND ELECTRIC COMPANY

                    By: \_\_\_\_\_/s/_____

| Kimber L. Shoop III | Kenneth B. Driver |
| --- | --- |
| Oklahoma Gas and Electric Company | William H. Weaver |
| P.O. Box 321 | Jones Day |
| Oklahoma City, OK 73101 | 51 Louisiana Ave. NW |
| (405) 553-3032 | Washington, DC 20001 |
| shoopkl@oge.com | (202) 879-7629 |
|  | (202) 879-7697 |
|  | kbdriver@jonesday.com |
|  | wweaver@jonesday.com |
|  |  |
|  | Attorneys for Oklahoma Gas and Electric Company |

January 22, 2013

WAI-3103754v1

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 15(c) and 25(d) and Circuit Rule 15(a), I hereby certify that I have this 22nd day of January, 2013, served the foregoing Certificate as to Parties, Rulings, and Related Cases upon the following via electronic mail:

Robert H. Solomon
Beth G. Pacella
Federal Energy Regulatory Commission
888 First St. NE
Washington, DC 20426
robert.solomon@ferc.gov
beth.pacella@ferc.gov

By: _____/s/_____
William H. Weaver
Jones Day
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-7697
wweaver@jonesday.com

WAI-3103754v1