# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-1232**  **September Term, 2012**

FERC-76FR49842
FERC-RM10-23-000
FERC-RM10-23-001
FERC-RM10-23-002

**Filed On:** May 17, 2013`

South Carolina Public Service Authority,
    Petitioner

    v.

Federal Energy Regulatory Commission,
    Respondent

------------------------------
Alabama Public Service Commission, et al.,
    Intervenors
------------------------------

Consolidated with 12-1233, 12-1250, 12-1276, 12-1279, 12-1280, 12-1285, 12-1292, 12-1293, 12-1296, 12-1299, 12-1300, 12-1304, 12-1448, 12-1478

## O R D E R

Upon consideration of the expedited joint motion of petitioners and supporting intervenors to reallocate word limits, it is

**ORDERED** that the motion be granted. The word limits established in the court's March 5, 2013 briefing order are revised in the following respect:

| | |
|---|---|
| Petitioners' Brief Concerning Statement of the Case, Statement of Facts, and Standards of Review | Not to exceed 6,850 words |
| Petitioners' and Intervenors in Support of Petitioners' Joint Brief Concerning Threshold Issues | Not to exceed 9,550 words |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-1232**                               **September Term, 2012**

| | |
|---|---|
| Petitioners' and Intervenors in Support of Petitioners' Joint Brief Concerning Cost Allocation | Not to exceed 8,450 words |
| Petitioners' and Intervenors in Support of Petitioners' Joint Brief Concerning Right of First Refusal | Not to exceed 8,750 words |
| Petitioners' and Intervenors in Support of Petitioners' Joint Brief Concerning Transmission Planning and Public Policy | Not to exceed 3,800 words |
| State Petitioners' and State Intervenors' Brief Concerning State Sovereignty | Not to exceed 2,100 words |
| Petitioners' Brief Concerning Reciprocity | Not to exceed 2,100 words |
| Petitioners' Brief Concerning FPA § 211A | Not to exceed 2,100 words |
| Petitioner ITC Companies' Brief Concerning Scope of Cost Allocation | Not to exceed 4,600 words |

All other aspects of the court's March 5, 2013 briefing order remain in effect.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Cheri Carter
      Deputy Clerk