# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-1232**                                                                   **September Term, 2013**

FERC-RM10-23-001
FERC-RM10-23-000
FERC-76FR49842
FERC-RM10-23-002

Filed On: August 15, 2014 [1507711]

South Carolina Public Service Authority,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Alabama Public Service Commission, et al.,
    Intervenors

------------------------------

Consolidated with 12-1233, 12-1250,
12-1276, 12-1279, 12-1280, 12-1285,
12-1292, 12-1293, 12-1296, 12-1299,
12-1300, 12-1304, 12-1448, 12-1478

**O R D E R**

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                     BY:   /s/
                            Ken R. Meadows
                            Deputy Clerk